STATE OF MISSOURI, Respondent,

v.

Michael BOLTON, Appellant.

No. WD 62926.

Missouri Court of Appeals,
Western District.

June 29, 2004.

Irene C. Karns, Office of Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Lisa M. Eaton, Office of Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, RONALD R. HOLLIGER, Judge, and LISA WHITE HARDWICK, Judge.

### ORDER

Michael Bolton appeals the circuit court's judgment convicting him of forcible sodomy. We affirm. Rule 30.25(b).